NUMBER 13-01-080-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


EDNA DONNELL GORDON , Appellant,


v.


DAVID GAYLON AND RICHARD TUTTLE , Appellees.

____________________________________________________________________


On appeal from the County Court at Law No. 3

of Montgomery County, Texas.

____________________________________________________________________


O P I N I O N


Before Justices Hinojosa, Yañez , and Castillo

Opinion Per Curiam
Appellant, EDNA DONNELL GORDON , perfected an appeal from a judgment entered by the County Court at Law No. 3
of Montgomery County, Texas, in cause number 98-08-02860-CV . After the record was filed, appellant filed a motion to
dismiss the appeal. In the motion, appellant states that she no longer desires to prosecute this appeal. 

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 18th day of October, 2001 .